IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JOHNNY B. BROWN                                                                    PLAINTIFF

vs.                                                  CIVIL ACTION NO. 4:11-CV-182-HTW-LRA

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY                                               DEFENDANT

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter has been brought before the court by the Report and Recommendation of United States Magistrate Linda Anderson [docket no. 14], in which she recommends that the decision of the Commissioner be affirmed. The Report and Recommendation also recommends that the Commissioner's motion to affirm [docket no. 10] be granted and the plaintiff's motion for summary judgment [docket no. 8] be denied. The Report and Recommendation of the Magistrate Judge notified the respective parties in the above-styled and numbered cause that failure to file written objections to the findings and recommendations contained therein within fourteen (14) days from the date of filing would bar further appeal in accordance with Title 28 U.S.C. § 636. This court, finding that there have been no submissions of written objections by any party, hereby adopts said Report and Recommendation as the order of this court.

**SO ORDERED, THIS THE 28th DAY OF February, 2013.**

                                              s/ HENRY T. WINGATE
                                              UNITED STATES DISTRICT JUDGE